# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162354
162355
162374

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KINO DOMINIQUE CHRISTIAN,
      Defendant-Appellant.

SC: 162354
COA: 348807
Genesee CC: 08-022018-FC

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSHUN EDWARDS,
      Defendant-Appellant.

SC: 162355
COA: 348753
Genesee CC: 08-022016-FC

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

C'QUAN MICHAEL HINTON,
      Defendant-Appellant.

SC: 162374
COA: 349585
Genesee CC: 08-022017-FC

_____/

On order of the Court, the applications for leave to appeal the October 22, 2020 judgment of the Court of Appeals are considered. We direct the Clerk to schedule oral argument on the applications. MCR 7.305(H)(1).

The appellants shall each file a supplemental brief addressing whether the lower courts erred by holding that the suppressed October 16, 2007 interview transcript was not material to their guilt such that they were not entitled to relief under *Brady v Maryland*, 373 US 83, 87 (1963), and *People v Chenault*, 495 Mich 142, 149-150, 155 (2014).

Additionally, appellant Hinton shall address his claim of ineffective assistance of trial counsel. The appellants' briefs shall be filed by September 27, 2021, with no extensions except upon a showing of good cause. In the briefs, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with each of the appellant's briefs. A reply, if any, must be filed by each appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

The total time allowed for oral argument shall be 50 minutes: 30 minutes for the appellants, to be divided at their discretion, and 20 minutes for the appellee. MCR 7.314(B)(2).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2021



a0525

Clerk